**PHILLIPS & ASSOCIATES**
*Attorneys at Law*
45 BROADWAY, SUITE 430, NEW YORK, NEW YORK 10006
TEL: (212) 248-7431 FAX: (212) 901-2107
WWW.NYCEMPLOYMENTATTORNEY.COM
^ PROFESSIONAL LIMITED LIABILITY COMPANY

**MEMO ENDORSED**

April 3, 2023

<u>Via ECF</u>
Hon. Andrew L. Carter, Jr.
United States District Judge, SDNY
40 Foley Square, Room 435
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4/3/2023

Re:   *Whitaker v. Amazon.com Services LLC et al.*
      Case No. 22-cv-10222

Dear Judge Carter:

We represent Plaintiff Angel Whitaker in the above referenced action. Plaintiff filed her Complaint on December 1, 2022. Defendant JusJorExpress LLC ("JusJor") requested and was granted an extension of time to respond to Plaintiff's Complaint on January 26, 2023. Defendants JusJor and Amazon.com Services LLC jointly requested and were granted extensions of time to respond on March 3, 2023, and March 17, 2023. Defendants' current deadline to respond to Plaintiff's Complaint is April 4, 2023.

We write with the consent of all parties to respectfully request a stay on this matter for a period of 60 days. The Parties make this request for the purposes of mediation, which is scheduled to occur on May 11, 2023, with a private mediator.

We thank Your Honor for your consideration of this request.

Respectfully Submitted,

Michelle A. Caiola

Plaintiff's request is hereby GRANTED. This matter is stayed. The parties are hereby ORDERED to file a joint status report on Friday, June 2, 2023 advising the Court of the status of this matter.

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

Dated: April 3, 2023