UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **RUSSELL ANGEL WHITAKER**<br><br>     Plaintiff,<br><br>-against-<br><br>**JUSJORXPRESS, LLC and AMAZON SERVICES, LLC**<br>     Defendants. | 22-cv-10222 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, United States District Judge:**

  The Parties are hereby ORDERED to file a joint status report on Wednesday, February 5, 2025 advising the Court of the status of this matter.

**SO ORDERED.**

Dated: December 30, 2024
    New York, New York

                **ANDREW L. CARTER, JR.**
                **United States District Judge**